**FEDERAL TRADE COMMISSION,**
Plaintiff–Appellee,

v.

**GREAT AMERICAN PRODUCTS, INC.,** Physician's Choice, Inc., Stephen Karian, Defendants–Appellants.

No. 06–10196.

United States Court of Appeals, Eleventh Circuit.

Oct. 13, 2006.

Charles Franklin Beall, Jr., George Roderick Mead, II, Moore, Hill & Westmoreland, P.A., Pensacola, FL, for Defendants–Appellants.

Lawrence Demille–Wagman, Federal Trade Commission, John F. Daly, Washington, DC, for Plaintiff–Appellee.

Before BLACK and HULL, Circuit Judges, and RYSKAMP,* District Judge.

---

* Honorable Kenneth L. Ryskamp, United States District Judge for the Southern District of Florida, sitting by designation.

PER CURIAM:

We affirm for the reasons stated in the district court opinion dated November 22, 2005.

AFFIRMED.